No. 99–1584. CALIFORNIA v. JOHNSON. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1641. U S WEST COMMUNICATIONS, INC. v. MFS INTELENET, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▉

No. 99–1691. BOULAHANIS ET AL. v. BOARD OF REGENTS OF THE ILLINOIS STATE UNIVERSITY ET AL. C. A. 7th Cir. Motion of Dennis Hastert, Speaker of the House of Representatives, et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. ▉

No. 99–1739. DALLAS-FORT WORTH INTERNATIONAL AIRPORT BOARD v. DEPARTMENT OF TRANSPORTATION ET AL.; and

No. 99–1745. AMERICAN AIRLINES, INC. v. DEPARTMENT OF TRANSPORTATION ET AL. C. A. 5th Cir. Motion of Airports Council International-North America for leave to file a brief as *amicus curiae* granted. Certiorari denied. Reported below: 202 F. 3d 788.

No. 00–5001 (00A1). SAN MIGUEL v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.